UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BO CHEN,

                      Plaintiff,

      v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                    Defendant.

------------------------------------------------------------------X

**ORDER**

23-CV-8188
(Morrison, D.J.)
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

      Plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 is granted. The Clerk of Court is directed to issue a summons against Defendant. The United States Marshals Service is hereby directed to serve the summons, the complaint, and a copy of this Order upon the Defendant without prepayment of fees.

SO ORDERED.

                                                          */s/ Joseph A. Marutollo*
                                                          JOSEPH A. MARUTOLLO
                                                          United States Magistrate Judge

Dated: Brooklyn, New York
         March 7, 2024